1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN MARK REITZ,

                    Plaintiff,

     v.

FEDERAL BUREAU OF
INVESTIGATIONS, et al.,

                    Defendants.

Case No. C24-24-1580-KKE

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

       Plaintiff Robin Mark Reitz's application to proceed *in forma pauperis* (IFP), Dkt. 1, is deficient.  He indicates that he is retired but receives $1,806.00 per month in disability benefits. *Id.* at 1.  Plaintiff also states that he has a collector's coin collection worth "$10-20 million," but appears to indicate that collection was stolen.  *Id.* at 2.  Plaintiff further states he has "many medical bills" and needs a lawyer, but he gives no detailed information regarding his monthly expenses.  *Id.*  Finally, Plaintiff executed both his application and declaration with a date of September 27, 2004, which is more than twenty years ago.  *Id.*

       Plaintiff must submit a revised, signed, and properly dated IFP application within **twenty (20) days** of the date of this Order.  He must provide complete and detailed financial information, including details on his monthly expenses and any further helpful information on

MINUTE ORDER - 1

why he cannot pay his filing fee.  Failure to comply with this Order may result in denial of IFP

or dismissal of the case.

Dated this 9th day of October, 2024.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2