UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN MARK REITZ,<br><br>                Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>                Defendants. | Case No. C24-24-1580-KKE<br><br>REPORT AND RECOMMENDATION |

      Plaintiff filed an application to proceed *in forma pauperis* (IFP) in this civil matter. Dkt. 1. However, the Court was unable to assess the application as written. Plaintiff indicates that he is retired but receives $1,806.00 per month in disability benefits. *Id.* at 1. Plaintiff also states that he has a collector's coin collection worth "$10-20 million," but appears to indicate that collection was stolen. *Id.* at 2. Plaintiff further states he has "many medical bills" and needs a lawyer, but he gives no detailed information regarding his monthly expenses. *Id.* Finally, Plaintiff executed both his application and declaration with a date of September 27, 2004, which is more than twenty years ago. *Id.*

      By Order dated October 9, 2024, the Court directed Plaintiff to file an amended IFP application within twenty days of the date of the Order. Dkt. 4. The Court directed Plaintiff to

REPORT AND RECOMMENDATION - 1

provide, in the amended application, complete and detailed financial information, including details on his monthly expenses and any further helpful information on why he cannot pay his filing fee. *Id.* The Order noted that failure to comply may result in denial of IFP or dismissal of this case.

To date, the Court has not received a response to its Order or a completed IFP application from Plaintiff. Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 25, 2024**.

Dated this 4th day of November, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2