UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN MARK REITZ, | CASE NO. C24-1580-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendant(s). | |

The Court has reviewed Plaintiff's motion to proceed in forma pauperis ("IFP"), the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5).

(2) Plaintiff's motion to proceed IFP (Dkt. No. 1) is DENIED based on Plaintiff's failure to correct deficiencies in the motion. Plaintiff is directed to pay the full filing fee of $405.00 no later than January 3, 2025. If the filing fee is not paid, this case will be dismissed.

ORDER - 1

(3) The Clerk shall file Plaintiff's complaint only upon receipt of the filing fee. If no filing fee is paid by January 3, 2025, the Clerk shall close the file.

Dated this 2nd day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 2