UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN MARK REITZ, | CASE NO. C24-1580-KKE |
| Plaintiff(s), | ORDER CLOSING CASE |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendant(s). | |

The Court previously instructed Plaintiff to pay the case filing fee no later than January 3, 2025, and warned Plaintiff that if the fee was not paid, this case would be closed. *See* Dkt. No. 6. Plaintiff did not pay the filing fee by the deadline, and the Clerk is therefore instructed to close the file and to mail a copy of this order to Plaintiff.

Dated this 6th day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER CLOSING CASE - 1